# Court of Appeals, State of Michigan

# ORDER

Pandemonium Inc v Northcrest Development LLC

Docket No. 350526

LC No. 18-012741-CB

Amy Ronayne Krause
Presiding Judge

Michael J. Riordan

Colleen A. O'Brien
Judges

The motion for reconsideration is GRANTED, and this Court's opinion issued June 3, 2021, is hereby VACATED.  A new opinion is attached to this order.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

July 22, 2021
_____
Date

_____
Chief Clerk